789 A.2d 649

IN THE MATTER OF RAJANIKANT C.
MODY, AN ATTORNEY AT LAW.

February 6, 2002.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 00–380, concluding that **RAJANIKANT C. MODY** of **JERSEY CITY,** who was admitted to the bar of this State in 1975, should be suspended from the practice of law for a period of three months for violating *RPC* 1.4(b) (failure to explain matter to extent necessary to permit client to make informed decision), *RPC* 1.7(b) (conflict of interest), *RPC* 1.8(a) (prohibited transaction with client), *RPC* 8.1(b) (failure to cooperate with ethics authorities), and *RPC* 8.4(c) (misrepresentation), and good cause appearing;

It is ORDERED that **RAJANIKANT C. MODY** is suspended from the practice of law for a period of three months and until the further Order of the Court, effective March 11, 2002; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.